IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS SANTOS CORDOVA, RAMON AGOSTO SANCHEZ, LUIS BURGOS CURCIO, ANTHONY AYALA NIEVES, NEFTALI GARCIA SANTIAGO, JAIME RIVERA GARCIA, WILFREDO NARVAEZ CORDERO, ANTONIO ROSA, and their respective conjugal partnerships<br><br>Plaintiffs,<br><br>vs.<br><br>EL MUNICIPIO DE SAN JUAN, PUERTO RICO, GUILLERMO CALIXTO RODRIGUEZ, in his official and personal capacities<br><br>Defendant. | Case No. 16-1348 (PG)<br><br>PLAINTIFFS' COMPLAINT AND JURY DEMAND |

## MOTION TO SHOW CAUSE AND
## TO DISMISS THE CLAIMS OF ANTHONY AYALA NIEVES

**TO THE HONORABLE COURT:**

Plaintiff Anthony Ayala Nieves, and his respective conjugal partnerships (collectively "Plaintiffs"), by and through their counsel of record, very respectfully state and pray as follows:

1. Once Defendants delivered the check to the undersigned, Ms. Becker and Officer Ayala took some time to coordinate their schedules so that Officer Ayala could receive this check.

2. The delivery having been accomplished, Mr. Ayala respectfully moves to dismiss his claims in the Second Amended Complaint with prejudice.

**WHEREFORE**, Plaintiffs ask this Honorable Court to take note of the above and to dismiss the outstanding claims of Officer Anthony Ayala Nieves with prejudice.

1

**I HEREBY CERTIFY** that I have filed this Motion with the ecf system, which will notify all counsel of record.

Dated: February 28, 2018                                   Respectfully Submitted,

                                                              **LAW OFFICES OF**
**JANE BECKER WHITAKER**
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914
Tel. 787-754-9191
Fax 787-764-3101
janebeckerwhitaker@yahoo.com
janebeckerwhitaker@gmail.com


/S/ JANE BECKER WHITAKER
**JANE BECKER WHITAKER**
**USDCPR BAR NUMBER 205110**

s/Jean Paul Vissepo Garriga
**JEAN PAUL VISSEPÓ GARRIGA**
USDC 221504
PO Box 3671116
San Juan, PR 00936
Tel. 787 633-9601
jp@visseppolaw.com


*/s/ J. Barton Goplerud*
J. Barton Goplerud AT0002983
Andrew B. Howie AT0003716
**HUDSON, MALLANEY, SHINDLER**
**& ANDERSON, P.C**.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Tel: (515) 223-4567
Fax: (515) 223-8887
Email: jbgoplerud@hudsonlaw.net
Email: ahowie@hudsonlaw.net

**ATTORNEYS FOR PLAINTIFFS**

2