# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

**LUIS SANTOS CORDOVA, ET AL.,**

Plaintiffs

v.

**MUNICIPALITY OF SAN JUAN,**

Defendant.

CIV. NO. 16-1348(PG)

## JUDGMENT

WHEREFORE, in light of this court's order of December 12, 2017, it is **ORDERED AND ADJUDGED** that the FLSA claims of plaintiffs Luis Santos Cordova, Ramon Agosto Sanchez, Luis Burgos Curcio, Neftali Garcia Santiago, Jaime Rivera Garcia, Wilfredo Narvaez Cordero and Antonio Rosa Suarez be and hereby are **DISMISSED WITH PREJUDICE,** and that their supplemental state law claims and the Municipality's counterclaim against them be and hereby are **DISMISSED WITHOUT PREJUDICE.**

FURTHER, in light of this court's order of November 4, 2016, it is **ORDERED AND ADJUDGED** that Horacio Marcano, Cinthyia Alvarez, and Juan Valentin's claims be **DISMISSED WITH PREJUDICE.**

FURTHER, in light of this court's order of even date, it is **ORDERED AND ADJUDGED** that Anthony Ayala Nieves' claims and the Municipality's counterclaim against him be and hereby are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, March 21, 2018.

S/ JUAN M. PÉREZ-GIMÉNEZ
JUAN M. PÉREZ-GIMÉNEZ
SENIOR U.S. DISTRICT JUDGE